FILED

MAR 15 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

CHARLES EDWARD SCOTT, aka WHOP WHOP,
RYAN DARNELL SCOTT,
ANTHONY JOSEPH SHANTS, JR., aka LUL DRACO,
JOSE MICHAEL FLORES, aka TAZ,
ANDRE PHILLIP STEVENSON,
ALIM D. FARMA,
ROBERT MATTHEW JOHNSON, aka FLEX,
SOPHIA ELLEN HIZER,
BERNARD ANTHONY BRICKHOUSE, aka MITCH SOSA,
KOFI ORLEANS-LINDSAY,
SHAYLA LOUISE WETZEL,
DESTINY HOPE TURNER,
KYLE THAYER,
KYLE ALLEN FINCH,
CORBIN CHARLES LINTHICUM, and
MIKAYLA DOREEN THORNTON,

Defendants.

Criminal No. 3:22cr26

Violations:   18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(a)(2)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to
Distribute Eutylone)

From on or about February 1, 2019 to on or about the return of the Indictment, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, and elsewhere, defendants **CHARLES EDWARD SCOTT, aka WHOP WHOP, RYAN DARNELL SCOTT, ANTHONY JOSEPH SHANTS, JR., aka LUL DRACO, JOSE MICHAEL FLORES, aka TAZ, ANDRE PHILLIP STEVENSON, ALIM D. FARMA, ROBERT MATTHEW JOHNSON, aka FLEX, SOPHIA ELLEN HIZER, BERNARD ANTHONY BRICKHOUSE, aka MITCH SOSA, KOFI ORLEANS-LINDSAY, SHAYLA LOUISE WETZEL, DESTINY HOPE TURNER, KYLE THAYER, KYLE ALLEN FINCH, CORBIN CHARLES LINTHICUM,** and **MIKAYLA DOREEN THORNTON** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding together with each other, and with persons known and unknown to the Grand Jury to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(C).

## COUNT TWO

(Distribution of Eutylone)

On or about April 14, 2021, in Berkeley County, West Virginia, in the Northern District of West Virginia, defendant **ANTHONY JOSEPH SHANTS, JR., aka LUL DRACO,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(ethylamino)butan-1-one, also known as Eutylone, a Schedule I controlled substance, in exchange for $150 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 14, 2021, in Berkeley County, in the Northern District of West Virginia, the defendant **ANTHONY JOSEPHY SHANTS, JR., aka LUL DRACO**, did knowingly possess a firearm, that is a black .380 pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is possession with intent to distribute eutylone as referenced herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Eleanor F. Hurney
Assistant United States Attorney